## DeGARMO JONES *versus* JOHN DOUSMAN

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Rule to bring body *p. 63; (2) motion to plead without bail overruled *p. 69; (3) special bail *p. 71; (4) motion for judgment *p. 194; (5) continued *p. 255; (6) nil dicit, rule for judgment *p. 327; (7) stipulation for indorsement of any set off *p. 327.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea of non assumpsit; (5) promissory note; (6) receipt.
*Office Docket*, MS p. 147, c. 66. Recorded in *Book A*, MS pp. 324–30.

## BENJAMIN F. LARNED *versus* BENJAMIN DAVIS

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Rule to bring body *p. 63; (2) discontinued *p. 189.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return.
*Office Docket*, MS p. 121, c. 24. Recorded in *Book A*, MS pp. 113–15.